# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN RAFAEL SOUSA,<br><br>    Petitioner,<br><br>  v.<br><br>M. D. BITER (Warden),<br><br>    Respondent. | No. EDCV 12-1898-SVW(CW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. The court has engaged in a de novo review of those portions of the Report and Recommendation to which objection has been made. The court accepts the findings and recommendation of the Magistrate Judge. **IT IS THEREFORE ORDERED** that judgment be entered dismissing the petition as successive.

DATED:   April 16, 2013

                                       STEPHEN V. WILSON
                              United States District Judge