**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JUAN RAFAEL SOUSA, | ) | No. EDCV 12-1898-SVW(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| M. D. BITER (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed as successive.

DATED:   April 16, 2013

_____
STEPHEN V. WILSON
United States District Judge